**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMERICAN DIABETES ASSOCIATION, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 2:13-cv-03720-MSG |
| | : | |
| THE FRISKNEY FAMILY TRUST, LLC, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF FILING OF REGISTRAR CERTIFICATE**

Plaintiff American Diabetes Association, by and through its undersigned counsel, hereby gives notice of the filing of the attached Registrar Certificate through which GoDaddy.com, LLC ("GoDaddy") tenders to the Court control and authority over the registration and use of the domain names AMERICANDIABETES.COM and AMERICANDIABETESUPPLIES.COM.

This Civil Action relates to, in part, Defendants' registration and use of the domain names AMERICANDIABETES.COM and AMERICANDIABETESUPPLIES.COM and the infringement of Plaintiff's mark AMERICAN DIABETES ASSOCIATION caused thereby. (*See generally* Pl.'s Compl. [D.I. 1].)

As contemplated by the Anticybersquatting Consumer Protection Act, codified, as amended, in 15 U.S.C. §§ 1114, 1117 and 1125, and as further provided in GoDaddy's terms of service agreement with its registrants and the dispute policies incorporated therein, GoDaddy has provided the attached Registrar Certificate, which tenders control and authority over the registration and use of the domain names AMERICANDIABETES.COM and AMERICANDIABETESUPPLIES.COM, to the Court.

1

GoDaddy, by its Registrar Certificate, shall maintain the *status quo ante* with respect to the above-referenced domain names and will not permit any future transfer, suspension, or other modification of the domain name registrations until further order of this Court.

Respectfully submitted,

CAESAR, RIVISE, BERNSTEIN,
COHEN & POKOTILOW, LTD.

Dated: July 10, 2013          By____/SGuerriero/_____
                              Manny D. Pokotilow (PA ID# 13310)
                                   Email: <mdpokotilow@crbcp.com>
                              Salvatore Guerriero (PA ID# 83680)
                                   Email: <sal@crbcp.com>
                              1635 Market Street
                              12th Floor – Seven Penn Center
                              Philadelphia, PA 19103
                              Tel: (215) 567-2010

                              Attorneys for Plaintiff
                              American Diabetes Association

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within Notice of Filing of Registrar Certificate is being electronically filed with the Clerk of Court via the ECF for the U.S. District Court for the Eastern District of Pennsylvania on July 10, 2013.  The undersigned further certifies that true copies of the same are being served upon the parties of record, on this same day, by electronic mail and first class mail, postage prepaid:

| | | |
|---|---|---|
| Robert L. Friskney | Robert L. Friskney | Robert L. Friskney |
| The Friskney Family Trust, LLC | MedVantage Plus, LLC | 1605 E Classical Boulevard |
| 1605 E Classical Boulevard | 6560 W. Rogers Circle #19 | Delray Beach, FL 33445 |
| Delray Beach, FL 33445 | Boca Raton, FL 33487 | <rfriskney@gmail.com> |
| <rfriskney@gmail.com> | <rfriskney@gmail.com> | |

                    _____/SGuerriero/_____
                         Salvatore Guerriero

1
2
3

In The United States District Court for the Eastern District Of Pennsylvania

4

American Diabetes Association

5

Plaintiff                                    Registrar's Certificate

6
7

vs.

Case No. 13-3720

8

The Friskney Family Trust, LLC, Medvantage
Plus, LLC, and Robert L. Friskney,

9

Defendants.

10
11
12
13

I, David Castano, a representative of GoDaddy.com, LLC, registrar of Internet domain

14

names under the top level domains .com, .org. and .net, among others, hereby declare:

15

1.       I have personal knowledge of the facts stated herein, and would testify to such

16

facts if so called to testify.

17
18

2.       GoDaddy.com, LLC is the registrar of the domain names at issue in this case,

19

AMERICANDIABETES.COM and AMERICANDIABETESUPPLIES.COM.

20

3.       On June 28th, 2013, GoDaddy.com, LLC received written notification of a filed,

21

stamped copy of the Complaint in the instant case.

22

4.       Per the Complaint filed at this Court, GoDaddy.com, LLC placed the Domain

23

Names on registrar lock, thus preventing the Domain Names from being transferred, modified

24

or otherwise managed or manipulated.

25
26

15 U.S.C. §1125(d)(2)(D)(i)(I) Declaration
7/8/2013

Page 1 of 2

5.    Furthermore, GoDaddy.com, LLC will not modify the status of the Domain Names unless and until instructed to do so by Order of the court in the instant case.

6.    Therefore, the Domain Names should be construed to be under the dominion and control of the court until such time as GoDaddy.com, LLC receives further instruction with regard to the Domain Names.

7.    This Registrar's Certificate shall expire automatically, and control and authority regarding the registration of the Domain Names shall revert to GoDaddy.com, LLC: (i) 14 calendar days from the date of this Registrar's Certificate, unless this Declaration has been filed with the Court during that period and GoDaddy.com, LLC has received a file-stamped copy; or (ii) upon GoDaddy.com, LLC's receipt of an order of the Court dismissing all claims concerning the registrant's contractual rights to register or use the subject Domain Names.

8.    I declare under penalty of perjury that the foregoing is true and correct.

**DATED** this July 8th, 2013

GoDaddy.com, LLC

By: _____ DisputesAdministrator

15 U.S.C. §1125(d)(2)(D)(i)(I) Declaration
7/8/2013